THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES GECIAS, a/k/a ROBERT HAYWOOD, Defendant-Appellant.

(No. 73-383;

Second District—December 12, 1974.

Opinion by Mr. PRESIDING JUSTICE T. MORAN.

Ralph Ruebner and Richard J. Wilson, both of State Appellate Defender's Office, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan, for the People.